UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Famei Xie,

Plaintiff,

-against-

Kika Scott; Kristi Noem; Pam Bondi; John J. Durham,

Defendants.
--------------------------------------------------------------X

**ORDER**
25-cv-1244 (RER)

**RAMÓN E. REYES, JR., District Judge:**

On March 27, 2025, Famei Xie commenced this action against defendants ostensibly pursuant to the Mandamus Act, 28 U.S.C. § 1361, asserting an unreasonable delay in adjudication of her I-589 application. (ECF No. 1 at 3–4). Xie sought an order to compel defendants to schedule an interview with a USCIS agent. (*Id.* at 4).

On June 9, 2025, the Court directed defendants to show cause as to why a writ of mandamus should not be issued. (ECF No. 5). On August 7, 2025, defendants responded and informed the Court that USCIS issued an interview notice to Xie, and that an interview date had been rescheduled, at Xie's request, for September 18, 2025, related to her I-589 application. (ECF No. 6). On August 11, 2025, the Court directed Xie to explain by September 1, 2025, whether she intended to continue litigating the case, and why the complaint should not be dismissed as moot. (Order date 8/11/2025). The Order stated

that plaintiff's "failure to respond by 9/1/2025 will likely result in the dismissal of this action as moot." (*Id.*) Xie did not reply to the defendants' response or to the Court's Order.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this order to Plaintiff at the address of record and close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: May 13, 2026
Brooklyn, New York